WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America,   )
        Plaintiff,   )
              )   CR 05-2422 TUC DCB (GEE)
v.   )
              )   **O R D E R**
Theodore Smith,   )
        Defendant,   )
_____)

On October 23, 2006, Defendant filed a Reply and a Motion for Reconsideration of this Court's Order issued on October 19, 2006, adopting the Report and Recommendation issued by Magistrate Judge Edmonds on September 19, 2006. He argues that the Court's order issued prior to the filing of his Reply violates Rule 7.2(c) of the Rules of Practice of the United States District Court for the District of Arizona (Local Rules).

The Court finds that Local Rule 7.2(c) is not applicable, therefore, there is no provision that allows a Reply to the Government's Response to Defendant's objections to the Report and Recommendation. The Motion for Reconsideration is denied, and the Reply is stricken.

<u>Motion for Reconsideration</u>

The Report and Recommendation in this case was prepared pursuant to 28 U.S.C. § 636(b)(1)(B). Accordingly, the parties had 10 days from the filing date of the Report and Recommendation to file objections. 28 U.S.C. § 636(b)(1).

The Federal Rules of Civil Proceedings, cover Special Proceedings including Rule 72, which pertains to magistrate judges and pretrial orders. It provides: "Within 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written

objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof."[1]

Rule 7.2(c) of the Rules of Practice of the United States District Court for the District of Arizona (Local Rules), provides the requirements for responding and replying to motions and does not apply to objections filed pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (document 47) denied.

**IT IS FURTHER ORDERED** that the Reply (document 43) is stricken.

DATED this 24th day of October, 2006.

David C. Bury
United States District Judge

---

[1] In nondispositive matters, Fed. R. Civ. P.72(a) allows 10 days for a party to file objections. It does not provide for any response, however, the Advisory Committee Notes explain that it is contemplated that a party who was successful before the magistrate will be afforded an opportunity to respond to objections. Fed. R. Civ. P. 72(a), Advisory Committee Notes, 1983 Addition.